UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Robert Gene Bailey, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| R. M. Ashley, C. C. Blake, Officer Dooer, ) | No. 5:13-CV-482-BR |
| Joseph Gardner, P. J. Graham, ) | |
| Corey Jefferson, K. D. Mackey, Ron Smith, ) | |
| William C. Toman, Jr. and ) | |
| Unknown Female Officer, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby dismissed without prejudice.

**This judgment filed and entered on July 9, 2013, and served on:**

Robert Gene Bailey (via US Mail at Hyde Correctional Institution, PO Box 278, Swan Quarter, NC 27885)

July 9, 2013  /s/ Julie A. Richards,
Clerk of Court